

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Texas Association of School
Boards Risk Management Fund,

Vs. No. 11-21-00142-CV

Colorado Independent School District,

\* From the 32nd District Court
  of Mitchell County,
  Trial Court No. 17296.

\* January 19, 2023

\* Opinion by Trotter, J.
  (Panel consists of: Trotter, J.,
  Williams, J., and Wright, S.C.J.,
  sitting by assignment)
  (Bailey, C.J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Texas Association of School Boards Risk Management Fund.